RONALD F. LOPEZ, CA BAR NO. 11756, rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

*Attorneys for Plaintiffs*
*XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTREX INTERNATIONAL, a foreign partnership, and<br><br>XANTREX TECHNOLOGY INC., a Washington corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>POWER-ONE INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. C07 04958 MEJ<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR XANTREX TECHNOLOGY INC.** |

SV #291966 v1                    -1-
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
FOR XANTREX TECHNOLOGY INC.

1 |      Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the
2 | following listed persons, associations of persons, firms, partnerships, corporations (including
3 | parent corporations) or other entities (i) have a financial interest in the subject matter in
4 | controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
5 | matter or in a party that could be substantially affected by the outcome of this proceeding:

6 |     1.    Xantrex Technology (Canada) Inc., a federal corporation of Canada.

Dated: September 25, 2007

THELEN REID BROWN RAYSMAN & STEINER

By: *Christopher L. Ogden* (signature)
Christopher L. Ogden

*Attorneys for plaintiffs Xantrex International and Xantrex Technology Inc.*