1  RONALD F. LOPEZ, CA BAR NO. 11756, rflopez@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street, Suite 1800
   San Francisco, CA 94105–3606
3  Tel. 415.371.1200
   Fax 415.371.1211
4
   ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com
5  CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
6  225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113-1723
7  Tel. 408.292.5800
   Fax 408.287.8040
8
   *Attorneys for Plaintiffs*
9  *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   XANTREX INTERNATIONAL, a foreign        Case No.: C07 04958 MEJ
14 partnership, and
                                           **CORPORATE DISCLOSURE**
15 XANTREX TECHNOLOGY INC., a              **STATEMENT AND CERTIFICATION**
   Washington corporation,                 **OF INTERESTED ENTITIES OR**
16                                         **PERSONS FOR XANTREX**
                                           **INTERNATIONAL**
17        Plaintiffs,

18        vs.

19 POWER-ONE INC., a Delaware corporation,

20        Defendant.

1  Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the
2  following listed persons, associations of persons, firms, partnerships, corporations (including
3  parent corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
5  matter or in a party that could be substantially affected by the outcome of this proceeding:
6      1.    Xantrex Technology (Canada) Inc., a federal corporation of Canada;
7      2.    Xantrex International SRL, a Barbados company;
8      3.    Xantrex Technology (BVI) Inc., a corporation of the British Virgin Islands.

Dated: September 25, 2007

THELEN REID BROWN RAYSMAN & STEINER

By: /s/ Christopher L. Ogden
Christopher L. Ogden

*Attorneys for plaintiffs Xantrex International and Xantrex Technology Inc.*

SV #291966 v1

-2-

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR XANTREX INTERNATIONAL