IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTREX INTERNATIONAL, et al., | No. C 07-4958 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CMC** |
| vs. | |
| POWER-ONE INC., | |
| Defendant(s). | |

The Court hereby CONTINUES the Case Management Conference in this matter, currently scheduled for January 3, 2008, to January 17, 2008 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: December 17, 2007

MARIA-ELENA JAMES
United States Magistrate Judge