1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105–3606
   Tel. 415.371.1200
4  Fax. 415.371.1211

5  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
6  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
7  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
8  San Jose, CA 95113-1723
   Tel. 408.292.5800
9  Fax 408.287.8040

10 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  XANTREX INTERNATIONAL, and | **CASE NO. 07-CV-04958 MEJ** |
| 16  XANTREX TECHNOLOGY INC. | **PLAINTIFFS' MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
| 17  Plaintiffs | |
| 18  vs. | Date:  January 17, 2008 |
| 19  POWER-ONE INC., | Time:  10:00 a.m. |
| 20  Defendant. | Place: Courtroom B |
| 21 | Judge: Hon. Maria-Elena James |

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1   Plaintiffs Xantrex International and Xantrex Technology Inc. (collectively, "Xantrex"), by
2   and through their undersigned attorneys, hereby submit this Motion to Reschedule Initial Case
3   Management Conference, which is currently scheduled for January 17, 2008, until 60 days after
4   proof of service of process upon defendant Power-One Inc. ("Power-One") is returned to this
5   Court.

6   Xantrex filed this lawsuit against Power-One on September 25, 2007. Thus, under Fed. R.
7   Civ. P. 4(m), Xantrex has 120 days, or until January 23, 2008, to effect service. During the
8   interim between filing and service, Xantrex and Power-One have been actively negotiating
9   possible settlement terms. Xantrex expects to effect service within the 120-day period, and
10  respectfully requests that the Initial Case Management Conference currently scheduled for January
11  17, 2008, be postponed until 60 days after service upon Power-One has been completed.

12  WHEREFORE, Xantrex respectfully requests that this Court grant this Motion to
13  Reschedule Initial Case Management Conference until 60 days after service of process is made
14  upon defendant Power-One. A proposed order enlarging time is attached.

Dated: January 14, 2008          Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP


By _____/s/_____
   *Attorneys for Plaintiffs*
   XANTREX INTERNATIONAL AND XANTREX
   TECHNOLOGY INC.