1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105–3606
   Tel. 415.371.1200
4  Fax. 415.371.1211

5  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
6  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
7  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
8  San Jose, CA 95113-1723
   Tel. 408.292.5800
9  Fax 408.287.8040

10 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

11

12                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| XANTREX INTERNATIONAL, and<br><br>XANTREX TECHNOLOGY INC.<br><br>Plaintiffs<br><br>vs.<br><br>POWER-ONE INC.,<br><br>Defendant. | **CASE NO. 07-CV-04958 MEJ**<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 17, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom B<br>Judge: Hon. Maria-Elena James |

22 //
23 //
24 //
25 //
26 //
27 //
28 //

Having reviewed Plaintiffs Xantrex International and Xantrex Technology Inc.'s Motion to Reschedule Initial Case Management Conference, this Court, upon consideration, is of the opinion that the motion should in all respects be granted. Accordingly, it is hereby ORDERED that Plaintiff's Motion to Reschedule Initial Case Management Conference is granted, and that the Initial Case Management Conference in this case is rescheduled for March 20, 2008.

DATED this 14th day of January, 2008.

By: _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE