# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XANTREX INTERNATIONAL, a foreign partnership, and XANTREX TECHNOLOGY INC., a Washington corporation, Plaintiffs,<br><br>V.<br><br>POWER-ONE INC., a Delaware corporation, Defendant. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>**C07 04958 MEJ** |



TO: (Name and address of defendant)

POWER-ONE INC.
740 Calle Plano
Camarillo, CA 93012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RONALD F. LOPEZ, CA BAR NO. 11756, rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

an answer to the complaint which is herewith served upon you, within        days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_signature_
(BY) DEPUTY CLERK

DATE: SEP 2 5 2007

| Attorney Or Party Without Attorney (Name and Address) | Telephone: 408-292-5800 | FOR COURT USE ONLY |
|---|---|---|
| THELEN REID BROWN RAYSMAN & STEINER, LLP<br>225 West Santa Clara, Suite 1200<br>San Jose, California 95113 | Ref. No. Or File No.<br>349152 | |

Attorneys for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT-NORTHERN DISTRICT
450 GOLDEN GATE AVE. 16TH FLR., SUITE #1111

Plaintiff:
XANTREX INTERNATIONAL

Defendant:
POWER-ONE, INC.

| PROOF OF SERVICE | Date | Time | Dept/Div | Case Number: C0704958 MEJ |
|---|---|---|---|---|

I, Nancy Perry, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; NOTICE OF ASSIGMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; ORDER OF THE CHIEF JUDGE; CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR XANTREX INTERNATIONAL; CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR XANTREX TECHNOLOGY INC.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : POWER-ONE INC.

By Serving          : RANDALL HOLLIDAY, AGENT FOR SERVICE

Address             : 740 CALLE PLANO, CAMARILLO, CA 93012
Date & Time         : Thursday, January 24, 2008 @ 11:00am
Witness fees were   : Not applicable.

Person serving:
Nancy Perry
**Pacific Research & Retrieval, Inc.**
P.O. Box 461, San Jose, CA 95103
408-295-6800      Fax 408-295-6895

a. Fee for service: $122.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 304
   (3) County: Ventura
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2008              Signature: _Nancy Perry_
                                                Nancy Perry


Printed on recycled paper