1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105–3606
   Tel. 415.371.1200
4  Fax. 415.371.1211

5  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
6  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
7  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
8  San Jose, CA  95113-1723
   Tel. 408.292.5800
9  Fax 408.287.8040

10 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XANTREX INTERNATIONAL, and<br><br>XANTREX TECHNOLOGY INC.<br><br>Plaintiffs<br><br>vs.<br><br>POWER-ONE INC.,<br><br>Defendant. | **CASE NO. 07-CV-04958 MEJ**<br><br>**PLAINTIFFS' SECOND MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   March 20, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom B<br>Judge: Hon. Maria-Elena James |

//
//
//
//
//
//
//

1      Plaintiffs Xantrex International and Xantrex Technology Inc. (collectively, "Xantrex"), by and through their undersigned attorneys, hereby submit this Motion to Reschedule Initial Case Management Conference, which is currently scheduled for March 20, 2008.

       Xantrex filed this lawsuit against defendant Power-One on September 25, 2007. Plaintiffs served the complaint on or about January 24, 2008. Power-One's answer was initially due on March 12. The parties have agreed to a 30 day extension of time to April 11. The parties are continuing to discuss settlement in order to resolve this case.

       WHEREFORE, Xantrex respectfully requests that this Court grant this Motion to Reschedule Initial Case Management Conference until 60 days after Power One answers the complaint on or about April 11, 2008. A proposed order enlarging time is attached.

Dated:  March 17, 2008          Respectfully submitted,

                                THELEN REID BROWN RAYSMAN & STEINER LLP


                                By _____/s/_____
                                   *Attorneys for Plaintiffs*
                                   *XANTREX INTERNATIONAL AND XANTREX*
                                   *TECHNOLOGY INC.*