RONALD F. LOPEZ, CA BAR NO. 11756
rflopez@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Tel. 415.371.1200
Fax. 415.371.1211

ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

*Attorneys for Plaintiffs*
*XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XANTREX INTERNATIONAL, and<br><br>XANTREX TECHNOLOGY INC.<br><br>Plaintiffs<br><br>vs.<br><br>POWER-ONE INC.,<br><br>Defendant. | **CASE NO. 07-CV-04958 MEJ**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: March 20, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom B<br>Judge: Hon. Maria-Elena James |

//
//
//
//
//
//
//

SV #326225 v2                      -1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RESCHEDULE INITIAL CASE
MANAGEMENT CONFERENCE — CASE NO. 07-CV-04958 MEJ

Having reviewed Plaintiffs Xantrex International and Xantrex Technology Inc.'s Motion to Reschedule Initial Case Management Conference, this Court, upon consideration, is of the opinion that the motion should in all respects be granted. Accordingly, it is hereby ORDERED that Plaintiff's Motion to Reschedule Initial Case Management Conference is granted, and that the Initial Case Management Conference in this case is rescheduled for June 19, 2008 at 10:00 a.m. _____.

DATED this __18th__ day of March, 2008.

By: _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE