1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  SUSHILA CHANANA, CA BAR NO. 254100
   schanana@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105–3606
   Tel. 415.371.1200
5  Fax. 415.371.1211

6  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
7  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
8  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
9  San Jose, CA 95113-1723
   Tel. 408.292.5800
10 Fax 408.287.8040

11 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*
12

13 RANDALL H. HOLLIDAY, CA BAR NO. 97138
   Randy.Holliday@power-one.com
14 POWER-ONE INC.
   740 Calle Plano
15 Camarillo, CA 93012
   Tel. 805-445-1701
16 Fax 805-383-5898

17 *Attorney (General Counsel) and Secretary for Defendant*
   *POWER-ONE INC.*
18

19                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
20                        SAN FRANCISCO DIVISION

21 | XANTREX INTERNATIONAL, and | CASE NO. 07-CV-04958 MEJ |
22 | XANTREX TECHNOLOGY INC. | |
   | | **STIPULATION AND [PROPOSED]** |
23 | Plaintiffs | **ORDER TO CONTINUE CASE** |
   | | **MANAGEMENT CONFERENCE** |
24 | vs. | |
   | | Date: June 19, 2008 |
25 | POWER-ONE INC., | Time: 10:00 a.m. |
   | | Place: Courtroom B |
26 | Defendant. | Judge: Hon. Maria-Elena James |

27        WHEREAS, Xantrex filed this lawsuit against Power-One on September 25, 2007.
28 Plaintiffs served the complaint on or about January 24, 2008;

-1-

1  WHEREAS, the parties' Case Management Conference is currently scheduled for
2  June 19, 2008 (Docket No. 13);
3  WHEREAS, the parties have agreed to a four-week extension of time to Thursday,
4  July 17, 2008 because the parties are finalizing a settlement agreement in order to resolve the case;
5  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND
6  RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:
7  The Case Management Conference currently set for June 19, 2008 shall be
8  continued to Thursday, July 17, 2008 or soon thereafter as determined by the Court.

Respectfully submitted,

Dated: June 9, 2008        THELEN REID BROWN RAYSMAN &
                           STEINER LLP

                           By:    /s/
                                  Ronald F. Lopez

                           Attorneys for Plaintiffs XANTREX
                           INTERNATIONAL AND XANTREX
                           TECHNOLOGY INC.

Dated: June 9, 2008        POWER-ONE INC.

                           By: /s/
                                  Randy Holliday

                           Attorney (General Counsel) and Secretary for
                           Defendant POWER-ONE INC.

### [PROPOSED] ORDER

Based on the parties' stipulation, the Case Management Conference in this action shall be continued to July ____, 2008 at _____.

IT IS SO ORDERED.

Dated: _____        _____
                                                Hon. Maria-Elena James
                                                United States Magistrate Judge