1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  SUSHILA CHANANA, CA BAR NO. 254100
   schanana@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105–3606
   Tel. 415.371.1200
5  Fax. 415.371.1211

6  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
7  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
8  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
9  San Jose, CA  95113-1723
   Tel. 408.292.5800
10 Fax 408.287.8040

11 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*
12
13 RANDALL H. HOLLIDAY, CA BAR NO. 97138
   Randy.Holliday@power-one.com
14 POWER-ONE INC.
   740 Calle Plano
15 Camarillo, CA 93012
   Tel. 805-445-1701
16 Fax 805-383-5898

17 *Attorney (General Counsel) and Secretary for Defendant*
   *POWER-ONE INC.*
18

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| XANTREX INTERNATIONAL, and XANTREX TECHNOLOGY INC.<br><br>Plaintiffs<br><br>vs.<br><br>POWER-ONE INC.,<br><br>Defendant. | CASE NO. 07-CV-04958 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 19, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom B<br>Judge:  Hon. Maria-Elena James |

27   WHEREAS, Xantrex filed this lawsuit against Power-One on September 25, 2007.
28 Plaintiffs served the complaint on or about January 24, 2008;

-1-

1  WHEREAS, the parties' Case Management Conference is currently scheduled for
2  June 19, 2008 (Docket No. 13);
3  WHEREAS, the parties have agreed to a four-week extension of time to Thursday,
4  July 17, 2008 because the parties are finalizing a settlement agreement in order to resolve the case;
5  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND
6  RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:
7  The Case Management Conference currently set for June 19, 2008 shall be
8  continued to Thursday, July 17, 2008 or soon thereafter as determined by the Court.

Respectfully submitted,

Dated: June 9, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By:    /s/
       Ronald F. Lopez

Attorneys for Plaintiffs XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.

Dated: June 9, 2008        POWER-ONE INC.

By: /s/
    Randy Holliday

Attorney (General Counsel) and Secretary for Defendant POWER-ONE INC.

### [PROPOSED] ORDER

Based on the parties' stipulation, the Case Management Conference in this action shall be continued to July 17, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 10, 2008

Hon. ___ena James
United States Magistrate Judge

-2-