# EXHIBIT A

# AURORA® Photovoltaic Inverters

**power-one®** — Changing the Shape of Power



## General Specifications
## Outdoor models
## PVI-6000-OUTD-US

### AURORA® BENEFITS

- Dual input section to process two strings with independent MPPT (6000W max models)
- IP65 (NEMA 4) ruggedized, completely sealed unit to stand the harshest environmental conditions
- High speed MPPT for real time power tracking and improved energy harvesting
- Compact size and high power density: 6000W (6000W max) of output power in a box just 740mm x 325mm x 195mm
- Front heatsink keeps the unit cleaner and more efficient over time
- Transformerless operation for highest efficiency: up to 97% (96,5% Euro)
- Reverse polarity protection minimizes chance of damage due to mis-wiring
- High overload capability: works up to 6000W under most ambient conditions
- True Sine Wave Output
- Anti-islanding Protection
- Certified grid connected operation according to the international standards
- LCD Display on the front to monitor the main parameters
- Integrated RS-485 serial communication
- Standard DC Multi-Contact terminals, screw terminals option available

### HIGH PERFORMANCE REDEFINED

The revolutionary switching technology utilized in the Aurora inverter includes state-of-the-art for silicon Power Devices such as Silicon Carbide Diodes, CoolMOS™ and Insulated Gate Bi-polar Transistors (IGBT's) to reduce switching losses. Aurora has been designed with large de-rating criteria on all critical components, achieving an extremely robust and reliable inverter designed to last for 25 years and to deliver true maximum output power on a continuous basis. With this design concept we achieve peak efficiencies of over 97%. Total current harmonic distortion, on the other hand, is typically less than 2% through the use of high-frequency switching techniques. Another exclusive advantage is Aurora's two source circuit inputs, each with its own MPPT (Max Power Point Tracker) for installations with multiple arrays (available on the PVI-6000 model only).

### BLOCK DIAGRAM AND TYPICAL EFFICIENCY



**power-one®**
Changing the Shape of Power

| CHARACTERISTICS | PVI-6000-OUTD |
|---|---|
| Power Rating Ac [W] | 6000 |
| Absolute Max Voltage [Vdc] | 600 |
| Max. Power Tracking Window range [Vdc] | 90 to 580 (360 nominal) |
| Array Configuration ( Max. Idc =18 A for each channel ) | One or two arrays with common negative and independent MPPT |
| Nominal AC Voltage (Range) [Vrms] | Single-phase 200-245 (180-264) (may vary to comply with regulations in each country) |
| Nominal AC Frequency [Hz] | 50 |
| Line Power Factor | 1 |
| Maximum AC Line Current [Arms] | 30 |
| AC Current Distortion [%] | < 3.5% THD at rated power with finewave voltage |
| Max Efficiency [%] | 97 (Euro 96.4) |
| Tare Losses [mW] | 250 |
| Operating Ambient Temperature [°C] | -25 to +60 |
| Enclosure Environmental Rating | IP65 / NEMA 4X |
| Relative Humidity | 0-100% condensing |
| Elevation | derated above 2.000 m (6,600ft) |
| Audible Noise [dBA] | <50@ 1m |
| Size (height x width x depth) [mm] | 740 x 325 x 195 |
| Weight [kg] | 26 |

### MODEL SUMMARY

| Model Number | Power |
|---|---|
| PVI-6000-OUTD-US | 6000W |



### SMART CONTROLS
Aurora controls are DSP (Digital Signal Processor) based with sophisticated control and self-diagnostic algorithms.
A LCD display shows the main operational parameters.
Three LED's indicate the operating status.

### BEST IN CLASS COMMUNICATION CAPABILITIES
Aurora offers integrated RS-485 communication, with additional USB port for quick field access. The optional Aurora Easy Communication system allows remote monitoring of the whole plant via the Internet, analog modem, or GSM modem

### STANDARDS AND CODES
Aurora inverters comply with standards set for grid-tied operation, safety and electromagnetic compatibility including: VDE0126, CEI 11-20 IV ed, DK5940, IEC 61683, IEC 61727, EN50081, EN50082, EN61000, CE certification.

Rev 1.3 - 03/11 2006 - Aurora is a trademark by Power-One - Product is subject to technical improvements



Power-One Italy S.p.A.
Via S. Giorgio, 642
52028 Terranuova Bracciolini, Arezzo, Italy

Phone: (+39) 055 9195 1
Fax: (+39) 055 9198 185
Fax: (+39) 055 9195 248

# AURORA®
## Photovoltaic Inverters



## General Specifications
## Outdoor models
## PVI-5000-OUTD-US
## PVI-6000-OUTD-US

### AURORA® BENEFITS
- Dual input section to process two strings with independent MPPT (6000W max models)
- IP65 (NEMA 4) ruggedized, completely sealed unit to stand the harshest environmental conditions
- High speed MPPT for real time power tracking and improved energy harvesting
- Compact size and high power density: 6000W (6000W max) of output power in a box just 981,5mm x 325mm x 195mm
- Front heatsink keeps the unit cleaner and more efficient over time
- Transformerless operation for highest efficiency: up to 97% (96,5% C.E.C)
- DC disconnect switch (2 x 25A/600Vdc) meet NEC Standard, Article 690 "Solar Photovoltaic System"
- Reverse polarity protection minimizes chance of damage due to mis-wiring
- High overload capability: works up to 6000W under most ambient conditions
- True Sine Wave Output
- Anti-islanding Protection
- Certified grid connected operation according to UL1741 & CSA-C22.2 N.107.1-01
- LCD Display on the front to monitor the main parameters
- Integrated RS-485 serial communication



### HIGH PERFORMANCE REDEFINED

The revolutionary switching technology utilized in the Aurora inverter includes state-of-the-art for silicon Power Devices such, CoolMOS™ and Insulated Gate Bi-polar Transistors (IGBT's) to reduce switching losses. Aurora has been designed with large de-rating criteria on all critical components, achieving an extremely robust and reliable inverter designed to last for 25 years and to deliver true maximum output power on a continuous basis. With this design concept we achieve peak efficiencies of over 97% . Total current harmonic distortion, on the other hand, is typically less than 1% through the use of high-frequency switching techniques. Another exclusive advantage is Aurora's two source circuit inputs, each with its own MPPT (Max Power Point Tracker) for installations with multiple arrays.

### BLOCK DIAGRAM AND TYPICAL EFFICIENCY





| CHARACTERISTICS | PVI-5000-OUTD | PVI-6000-OUTD |
|---|---|---|
| Power Rating Ac [W] | 5000 | 6000 |
| Absolute Max Voltage [Vdc] | 600 | |
| Max. Power Tracking Window range [Vdc] | 90 to 580 (360 nominal) | |
| Array Configuration (Max. Idc =18 A for each channel) | One or two arrays with common negative and independent MPPT | |
| Nominal AC Voltage (Range) [Vrms] | Single phase 208; 240; 277 (setting required) | |
| Nominal AC Frequency [Hz] | 60 | |
| Line Power Factor | 1 | |
| Maximum AC Line Current [Arms] | 30 | |
| AC Current Distortion [%] | <2% THD at rated power with finewave voltage | |
| Max Efficiency [%] | 97 (96,5% C.E.C) | |
| Tare Losses [mW] | <300mW | |
| Operating Ambient Temperature [°C] | -25 to +60 | |
| Enclosure Environmental Rating | NEMA 4X | |
| Relative Humidity | 0-100% condensing | |
| Elevation | derated above 2.000 m (6,600ft) | |
| Audible Noise [dBA] | <50@ 1m | |
| Size (height x width x depth) [mm] | 981,5mm x 325mm x 195mm | |
| Weight [kg] | 30 | |

### MODEL SUMMARY

| Model Number | Power |
|---|---|
| PVI-5000-OUTD | 5000W |
| PVI-6000-OUTD | 6000W |

## SMART CONTROLS

Aurora controls are DSP (Digital Signal Processor) based with sophisticated control and self-diagnostic algorithms.
A LCD display shows the main operational parameters.
Three LED's indicate the operating status.

## BEST IN CLASS COMMUNICATION CAPABILITIES

Aurora offers integrated RS-485 communication, with additional USB port for quick field access. The optional Aurora Easy Communication system allows remote monitoring of the whole plant via the Internet, analog modem, or GSM modem

## STANDARDS AND CODES

Aurora inverters comply with standards set for grid-tied operation, safety and electromagnetic compatibility including: CSA certificated according to UL1741 & CSA-C22.2 N.107.1-01, VDE0126, CEI 11-20 IV ed, DK5940, IEC 61683, IEC 61727, EN50081, EN50082, EN61000, CE certification.



**Europa**
Power-One Italy S.p.a.
Via S. Giorgio, 642
52028 Terranuova Bracciolini, Arezzo, Italy
Phone: (+39) 055 9195 1
Fax:   (+39) 055 9198 185
aesales-eu@power-one.com

**North America**
Power-One Inc.
740 Calle Plano
Camarillo, California - 93012-8583
aesales-us@power-one.com

www.power-one.com