# EXHIBIT B





SCHERMO
12-6-4,2 KW
release 2
8gen08

LUCHI DESIGN