1 | RONALD F. LOPEZ, CA BAR NO. 11756
rflopez@thelen.com
2 | SUSHILA CHANANA, CA BAR NO. 254100
schanana@thelen.com
3 | THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
4 | San Francisco, CA 94105–3606
Tel. 415.371.1200
5 | Fax. 415.371.1211

6 | ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
7 | CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
8 | THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
9 | San Jose, CA  95113-1723
Tel. 408.292.5800
10 | Fax 408.287.8040

*Attorneys for Plaintiffs*
*XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*

RANDALL H. HOLLIDAY, CA BAR NO. 97138
Randy.Holliday@power-one.com
POWER-ONE INC.
740 Calle Plano
Camarillo, CA 93012
Tel. 805-445-1701
Fax 805-383-5898

*Attorney (General Counsel) and Secretary for Defendant*
*POWER-ONE INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XANTREX INTERNATIONAL, and XANTREX TECHNOLOGY INC.<br><br>Plaintiffs<br><br>vs.<br><br>POWER-ONE INC.,<br><br>Defendant. | **CASE NO. 07-CV-04958 MEJ**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT POWER-ONE INC. PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY** |

SF #1521775 v1                   -1-

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT POWER-ONE INC. PURSUANT
TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY

1  The parties hereto, having amicably resolved their differences and having entered into a settlement

2  agreement (*see* Attachment #1), hereby stipulate to a dismissal of this action as to defendant,

3  Power-One Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Each party shall

4  bear its own costs and attorney's fees.

Dated: July 15, 2008          THELEN REID BROWN RAYSMAN & STEINER LLP

                              By:    /s/ Ronald F. Lopez
                                     Ronald F. Lopez

                              Attorneys for Plaintiffs XANTREX INTERNATIONAL
                              AND XANTREX TECHNOLOGY INC.

Dated: July 15, 2008          POWER-ONE INC.

                              By: /s/ Randall H. Holliday
                                   Randall H. Holliday

                              Attorney (General Counsel) and Secretary for
                              Defendant POWER-ONE INC.

    I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                         /s/ Ronald F. Lopez
                                         Ronald F. Lopez
                                         Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Clerk shall close the file.

Dated: July 15, 2008
                                         _____
                                         Hon. Maria Elena James
                                         United States Magistrate Judge