AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

E-filing

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **NORTHERN CALIFORNIA** on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>CV 07-04958 MEJ | DATE FILED<br>9/25/07 | U.S. DISTRICT COURT<br>Northern District of California, San Francisco Division |
|---|---|---|
| PLAINTIFF<br>XANTREX INTERNATIONAL, ET AL | | DEFENDANT<br>POWER-ONE, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

**STIPULATED DISMISSAL 7-15-08 (ATTACHED)**

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE **8-6-08** |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

1  RONALD F. LOPEZ, CA BAR NO. 11756
   rflopez@thelen.com
2  SUSHILA CHANANA, CA BAR NO. 254100
   schanana@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105–3606
   Tel. 415.371.1200
5  Fax. 415.371.1211

6  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
7  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
8  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
9  San Jose, CA  95113-1723
   Tel. 408.292.5800
10 Fax 408.287.8040

11 *Attorneys for Plaintiffs*
   *XANTREX INTERNATIONAL AND XANTREX TECHNOLOGY INC.*
12

13 RANDALL H. HOLLIDAY, CA BAR NO. 97138
   Randy.Holliday@power-one.com
14 POWER-ONE INC.
   740 Calle Plano
15 Camarillo, CA 93012
   Tel. 805-445-1701                           ENTERED IN CIVIL DOCKET 7-15-08
16 Fax 805-383-5898

17 *Attorney (General Counsel) and Secretary for Defendant*
   *POWER-ONE INC.*
18

19                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
20                      SAN FRANCISCO DIVISION

21 | XANTREX INTERNATIONAL, and       | CASE NO. 07-CV-04958 MEJ            |
   | XANTREX TECHNOLOGY INC.          |                                      |
22 |                                  | STIPULATION OF DISMISSAL             |
   |      Plaintiffs                  | WITH PREJUDICE AS TO DEFENDANT       |
23 |                                  | POWER-ONE INC. PURSUANT TO           |
   |      vs.                         | RULE 41(a)(1)(A)(ii); [PROPOSED]     |
24 |                                  | ORDER FILED CONCURRENTLY             |
25 | POWER-ONE INC.,                  |                                      |
   |      Defendant.                  |                                      |
26

27

28

SF #1521775 v1                         -1-
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT POWER-ONE INC. PURSUANT
TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY

1  The parties hereto, having amicably resolved their differences and having entered into a settlement
2  agreement (*see* Attachment #1), hereby stipulate to a dismissal of this action as to defendant,
3  Power-One Inc., with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Each party shall
4  bear its own costs and attorney's fees.
5
6
7  Dated: July 15, 2008               THELEN REID BROWN RAYSMAN & STEINER LLP
8                                      By:     /s/ Ronald F. Lopez
                                               Ronald F. Lopez
9                                      Attorneys for Plaintiffs XANTREX INTERNATIONAL
                                        AND XANTREX TECHNOLOGY INC.
10
11 Dated: July 15, 2008               POWER-ONE INC.
12                                      By: /s/ Randall H. Holliday
                                            Randall H. Holliday
13
                                        Attorney (General Counsel) and Secretary for
14                                      Defendant POWER-ONE INC.
15
16     I, Ronald F. Lopez, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
17 concurrence to the filing of this document has been obtained from each signatory hereto.
18
19                                      /s/ Ronald F. Lopez
                                        Ronald F. Lopez
20                                      Attorney for Plaintiffs
21           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
     The Clerk shall close the file.
22        July 15
   Dated: _____, 2008
23                                                        Hon. Maria Elena James
                                                          United States Magistrate Judge
24
25
26
27
28
SF #1521775 v1                              -2-

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT POWER-ONE INC. PURSUANT
TO RULE 41(a)(1)(A)(ii); [PROPOSED] ORDER FILED CONCURRENTLY